947 A.2d 1215

IN THE MATTER OF CHARLES BRIAN DALY, A/K/A
C. BRIAN DALY, AN ATTORNEY AT LAW.

May 30, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–385, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **CHARLES BRIAN DALY, a/k/a C. BRIAN DALY,** formerly of **UNION,** who was admitted to the bar of this State in 1971, and who has been temporarily suspended from the practice of law since February 23, 2005, should be suspended from the practice of law for a period of eighteen months based on his conviction of conspiracy to submit false statements in violation of 18 *U.S.C.* § 371, conduct in violation of *RPC* 8.4(b) (commission of criminal act reflecting adversely on attorney's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, misrepresentation or deceit), and good cause appearing;

It is ORDERED that **CHARLES BRIAN DALY, a/k/a C. BRIAN DALY,** is suspended from the practice of law for a period of eighteen months and until the further Order of the Court, retroactive to February 23, 2005; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.